**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Sujan Thapa,

Petitioner,

v.

Luis Rosa, Jr., *et al.*,

Respondents.

No. CV-26-05573-PHX-JJT

**ORDER**

At issue is Petitioner's Motion for Leave to File Petitioner's Reply Out of Time (Doc. 6). Upon review and good cause appearing,

**IT IS ORDERED** granting Petitioner's Motion for Leave to File Petitioner's Reply Out of Time (Doc. 6). Petitioner's Reply in Support of the Petition for Writ of Habeas Corpus (Doc. 1) is deemed timely filed.

Dated this 28th day of September, 2026.

Honorable John J. Tuchi
United States District Judge